IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIAM CAMPLIN, #B-85138, )<br>)<br>　　Plaintiff, )<br>)<br>vs. )<br>)<br>WEXFORD INSTITUTIONAL, )<br>CHRISTINE BROWN, and )<br>DENNIS ELS, )<br>)<br>　　Defendants. ) | Case No. 14-cv-00767-JPG-PMF |

## **MEMORANDUM AND ORDER**

　　This matter comes before the Court on Plaintiff William Camplin's Motion (Doc. 18) to Appeal *in Forma Pauperis*. The Plaintiff does not need the Court's permission to proceed on appeal *in forma pauperis* because the Court determined at the trial level that he was permitted to proceed *in forma pauperis* (Doc. 6). "A party who was permitted to proceed in forma pauperis in the district-court action . . . may proceed on appeal in forma pauperis without further authorization" unless the district court certifies or a statute provides otherwise. Fed. R. App. P. 24(a)(3).

　　However, a court can deny a qualified plaintiff leave to file *in forma pauperis* or can dismiss a case if the action is clearly frivolous or malicious or fails to state a claim. 28 U.S.C. § 1915(e)(2)(B)(i) & (ii). When assessing a petition to proceed *in forma pauperis,* a district court should inquire into the merits of the petitioner's claims, and if the court finds them to be frivolous, it should deny leave to proceed *in forma pauperis*. *Lucien v. Roegner,* 682 F.2d 625, 626 (7th Cir. 1982).

　　In this matter, Plaintiff seeks review of a non-appealable order denying Plaintiff's Motion (Doc. 3) for Recruitment of Counsel.

Therefore, the Court **CERTIFIES** that this appeal is not taken in good faith and accordingly **DENIES** the motion for leave to proceed on appeal *in forma pauperis* (Doc. 18).

**IT IS SO ORDERED.**

**DATED:**   November 3, 2014

                                                s/J. Phil Gilbert
                                                **J. PHIL GILBERT**
                                                **DISTRICT JUDGE**

Case 3:14-cv-00767-SCW   Document 34   Filed 11/03/14   Page 2 of 2   Page ID #152