IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIAM CAMPLIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 14-767-SCW |
| ) | |
| WEXFORD INSTITUTIONAL, CHRISTINE ) | |
| BROWN, DENNIS ELS, OD ALLAN J. ) | |
| BRUMMEL, JOHN BALDWIN, and ) | |
| ILLINOIS DEPARTMENT OF ) | |
| CORRECTIONS, | |
| Defendant(s). | |

**JUDGMENT IN A CIVIL CASE**

Defendant OD Allan J. Brummel was dismissed without prejudice on July 26, 2016 by a Notice of Dismissal filed by Plaintiff William Camplin (Doc. 105.)

Defendant Christine Brown was granted summary judgment on March 17, 2017 by an Order entered by Chief Judge Michael J. Reagan (Doc. 149).

The remaining case is dismissed with prejudice and without costs in accordance with an Order entered by Magistrate Judge Stephen C. Williams on November 20, 2017 (Doc. 210).

THEREFORE, judgment is entered in favor of Defendants Christine Brown and Allan J. Brummel and against Plaintiff William Camplin.

The Plaintiff should take notice of the fact that he has 28 days from the date of this judgment for filing a motion for new trial or motion to amend or alter judgment under Rule 59(b) or (e) of the Federal Rules of Civil Procedure. These deadlines for motions under Rule 59 cannot be extended by the Court. The Plaintiff should also note that he has 30 days from the date of this judgment to file a notice of appeal. This period can only be

extended if excusable neglect or good cause is shown.

**DATED** this 13nd day of September, 2018

**THOMAS L. GALBRAITH, ACTING CLERK**

**BY: /s/ Angela Vehlewald**
**Deputy Clerk**

**Approved by /s/ Stephen C. Williams**
**United States Magistrate Judge**
**Stephen C. Williams**